IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EDWIN R. JONAS III,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE COUNTY LEADER, EMILIE RICHARDSON and BRYCE GRAY,<br><br>Defendants. | CV 13-30-M-DLC-JCL<br><br>FINDINGS & RECOMMENDATION |

Defendant Lake County Leader ("the Leader") has moved to dismiss pro se Plaintiff Edwin R. Jonas III's defamation claims under Federal Rule of Civil Procedure 12(b)(6). The Leader argues Jonas's claims should be dismissed for the reasons set forth in Defendant Bryce Gray's prior 12(b)(6) motion, and incorporates the contents of Gray's brief in support of its own motion. Dkt. 33. Jonas has done the same, expressly adopting the contents of his brief in response to Gray's motion in response to the Leader's motion. Because the arguments presented on the Leader's pending motion to dismiss are identical to those presented on Gray's motion to dismiss,

IT IS RECOMMENDED that the Leader's motion to dismiss be granted in part and denied in part for all of the reasons set forth in the Court's April 1, 2013, Findings and Recommendation (Dkt. 26). Specifically, it is recommended that the Leader's motion to dismiss be GRANTED as to the two articles published in the October 4, 2012, edition of the *Lake County Leader* because they are not reasonably capable of defamatory meaning, but denied as to the September 27, 2012, article titled "Justice of Peace candidate faces $700,000 child support bill."

DATED this 22nd day of April, 2013

Jeremiah C. Lynch
United States Magistrate Judge